1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 JOSE ESCOBEDO, | Case No. 1:25-cv-00788-JLT-SAB |
| 11       Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET |
| 12     v. | TO REFLECT STIPULATED DISMISSAL |
| 13 YONGZHAO LIANG *dba Lee Kitchen*, et al., | (ECF No. 9) |
| 14       Defendants. | |

15
16
        On October 20, 2025, the parties filed a stipulation dismissing this action with prejudice.
17
(ECF No. 9.)  In light of the stipulation, this action has been terminated, Fed. R. Civ. P.
18
41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been
19
dismissed pursuant to the terms of the stipulation.
20
        Accordingly, the Clerk of the Court is DIRECTED to CLOSE the file in this case and
21
adjust the docket to reflect the stipulated dismissal pursuant to Rule 41(a).
22
23 IT IS SO ORDERED.
24
Dated:   **October 22, 2025**
25
          STANLEY A. BOONE
          United States Magistrate Judge
26
27
28